UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Kay Floyd,                                       Case No. 05-cv-1309 (MJD/SER)

      Plaintiff,

v.                                               ORDER

Wyeth, et al.,

      Defendants.

---

This matter is before the Court on Plaintiff's motion to transfer venue of this action to the United States District Court, Northern District of California. Defendants Wyeth, Pfizer and Greenstone do not object to transfer in light of the many orders from this District transferring similar hormone therapy actions to the plaintiff's home District.

Accordingly, based upon the files, records, and proceedings herein**, IT IS HEREBY ORDERED** that this case is transferred to the United States District Court, Northern District of California.


Dated:   July 13, 2012                s/ Michael J. Davis
                                                  Michael J. Davis
                                                  Chief Judge
                                                  United States District Court